UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: TRIAL MATERIAL WITNESS **SAFIYO NUR** | ) ) ) ) ) | Case No. 12-2031-MJ FILED UNDER SEAL |

## ORDER UNSEALING CASE

Upon motion of the United States and for the reasons stated in the motion, the Court hereby ORDERS the above captioned matter unsealed.

_____
JULIET GRIFFIN
United States Magistrate Judge
August 9, 2012