UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: TRIAL MATERIAL WITNESS **SAFIYO NUR** | ) ) ) ) | Case No. 12-2031-MJ<br><br>FILED UNDER SEAL |

rec'd 8-9-12

## ORDER RELEASING WITNESS FROM ORDER AND CONDITIONS OF RELEASE

Upon motion of the United States the witness in the above captioned matter is released from the Order and Conditions of Release signed by United States Magistrate Griffin on February 10, 2012.

_____
JULIET GRIFFIN
United States Magistrate Judge
August 9, 2012